UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>    Defendant. | Case No. 20-cv-06693-SI<br><br>**ORDER VACATING JANUARY 27, 2022 CASE MANAGEMENT CONFERENCE; ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

The Court has reviewed the parties' case management conference statement and determines that the January 27 status conference is not necessary because, *inter alia*, plaintiff confirms that the video at issue in the complaint has been captioned.

Plaintiff is hereby ORDERED TO SHOW CAUSE in writing no later than **February 4, 2022**, why the Court should not dismiss the Americans with Disabilities Act cause of action as moot and decline supplemental jurisdiction over the Unruh Act claim pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED**.

Dated: January 26, 2022

SUSAN ILLSTON
United States District Judge