UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiffs,<br><br>v.<br><br>HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>        Defendants. | Case No.  20-cv-06693-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 5/20/2022 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/31/2022.

DESIGNATION OF EXPERTS: 9/19/2022; REBUTTAL: 10/19/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 11/18/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/18/2022;
    Opp. Due: 12/2/2022; Reply Due: 12/9/2022;
    and set for hearing no later than 12/16/2022 at 10:00 AM.

PRETRIAL PAPERWORK: 1/31/2023;
PRETRIAL CONFERENCE DATE: 2/14/2023 at 3:30 PM.

JURY TRIAL DATE: 2/27/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: March 3, 2022

_____
SUSAN ILLSTON
United States District Judge