UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>        Defendant. | Case No. 20-cv-06693-SI<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 53 |

On July 8, 2022 at 10:30 a.m. the undersigned held a Case Management Conference in the instant action over zoom. While defense counsel was in attendance, neither plaintiff nor plaintiff's counsel appeared. **The Court hereby issues this ORDER TO SHOW CAUSE why no one appeared for plaintiff. On or before Tuesday, July 12, 2022, plaintiff's counsel shall file a written explanation, under oath, explaining counsel's absence**.

**IT IS SO ORDERED**.

Dated: July 8, 2022

_____
SUSAN ILLSTON
United States District Judge