UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>              Plaintiff,<br><br>      v.<br><br>HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>              Defendant. | Case No. 20-cv-06693-SI<br><br>**JUDGMENT** |

The Court has granted summary judgment or defendant on Langer's ADA claim and dismissed the Unruh Act claim without prejudice. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 16, 2022

_____
SUSAN ILLSTON
United States District Judge